# CONTRACTOR AGREEMENT

a. **PAYMENT SCHEDULE:** Work completed and/or materials provided for, included applicable taxes and Contractor markup, shall be invoiced and due upon submission (Typically invoices are submitted weekly and paid within 24 hours). Where work is partially completed, Contractor will estimate the approximate amount of work completed to date and invoice for this estimated portion of work.
b. **PAYMENT OF CHANGE ORDERS/ADDITIONAL WORK:** Payment for Additional Work is due upon completion of either all or part of the Additional Work and submittal of invoice by Contractor.
c. **ADDITIONAL PAYMENTS FOR ALLOWANCE WORK AND RELATED CREDITS:** Payment for work designated in the Agreement as ALLOWANCE work has been initially factored into the Lump Sum Price and Payment Schedule set forth in this Agreement. If the final amount of the ALLOWANCE work exceeds the line item ALLOWANCE amount in the Agreement, the difference between the final amount and the line item ALLOWANCE amount stated in the Agreement will be treated as Additional Work and is subject to Contractor's profit and overhead standard markup.
d. **LIEN RELEASES:** Upon request by Owner, Contractor and subcontractors will issue appropriate lien releases prior to receiving final payment from Owner.
e. **WORK STOPPAGE AND TERMINATION OF AGREEMENT FOR DEFAULT**
Contractor shall have the right to stop all work on the project and keep the job idle if payments are not made to Contractor strictly in accordance with the Payment Schedule in this Agreement, or if Owner repeatedly fails or refuses to furnish Contractor with access to the job site and/or product selections or information necessary for the advancement of Contractor's work. Simultaneous with stopping work on the project, the Contractor must give Owner written notice of the nature of Owner's material breach of this Agreement and must also give the Owner a 14-day period in which to cure this breach of contract. Owner to follow this same notice procedure with Contractor if Owner alleges Contractor is in material breach of this Agreement.

If work is stopped due to any of the above reasons (or for any other material breach of contract by Owner) for a period of 14 days, and the Owner has failed to take significant steps to cure his default, then Contractor may, without prejudicing any other remedies Contractor may have, give written notice of termination of the Agreement to Owner and demand payment for all completed work and materials ordered through the date of work stoppage, and any other reasonable loss sustained by Contractor, including Contractor's Profit and Overhead at the rate of 20% on the balance of the incomplete work under the Agreement. Thereafter, Contractor is relieved from all other contractual duties, including all Punch List and warranty work.

E. **ADDITIONAL TERMS AND CONDITIONS:**
a. Mindful of the high cost of litigation, not only in dollars, but also in time and energy, the parties intend to and do hereby establish the following out-of-court alternate dispute resolution procedure to be followed in the event any controversy or dispute should arise out of, or relating to this Contract or relating to any change orders or other changes or addendums to this Contract:
   i. Either party may initiate negotiations by writing a letter to the other party setting forth the particulars of the dispute, the term(s) of the contract that are involved and a suggested resolution to the problem.

**CONTRACTOR AGREEMENT**

    ii. The recipient of the letter shall respond within ten (10) days to the proposed solution. The recipient shall either agree to the proposed solution or propose an alternative solution.
    iii. If correspondence does not resolve the dispute, the parties or their representatives shall meet on at least one occasion and attempt to resolve the matter on their own. The time and place, within fourteen (14) days of the second party's response, shall be mutually agreeable to both parties.
    iv. If this meeting does not produce a resolution, the parties agree all disputes hereunder shall be resolved by binding arbitration in accordance with rules of the American Arbitration Association.
    v. Both parties shall share the cost of the dispute resolution process equally although personal attorneys and witnesses or specialists are the direct responsibility of each party and their fees and expenses shall be the responsibility of the individual parties
    vi. See page(s) attached: ____ Yes  XXX No

I have read and understood, and I agree to, all of the terms and conditions in the Agreement above.

DATE: ___/___/_____  CONTRACTOR'S SIGNATURE: _____

DATE: ___/___/_____  OWNER'S SIGNATURE: _____

DATE: ___/___/_____  OWNER'S SIGNATURE: _____



# CONTRACTOR AGREEMENT

## Information About Commercial General Liability Insurance - Home Improvement

Pursuant to California Business & Professions Code §7159.3 (SB 2029), home improvement contractors must provide this notice and disclose whether or not they carry commercial general liability insurance.

**Did your contractor tell you whether he or she carries Commercial General Liability Insurance?**
Home improvement contractors are required by law to tell you whether or not they carry Commercial General Liability Insurance. This written statement must accompany the bid, if there is one, and the contract.

**What does this insurance cover?**
Commercial General Liability Insurance can protect against third-party bodily injury and accidental property damage. It is not intended to cover the work the contractor performs.

**Is this insurance required?**
No. But the Contractors State License Board strongly recommends that all contractors carry it. The Board cautions you to evaluate the risk to your family and property when you hire a contractor who is not insured. Ask yourself, if something went wrong, would this contractor be able to cover losses ordinarily covered by insurance?

**How can you make sure the contractor is insured?**
If he or she is insured, your contractor is required to provide you with the name and telephone number of the insurance company. Check with the insurance company to verify that the contractor's insurance coverage will cover your project.

**What about a contractor who is self-insured?**
A self-insured contractor has made a business decision to be personally responsible for losses that would ordinarily be covered by insurance. Before contracting with a self-insured contractor, ask yourself, if something went wrong, would this contractor be able to cover losses ordinarily covered by insurance?

☐ _____ does not carry Commercial General Liability Insurance.

☒ <u>Hale Creek Construction, Inc.</u> carries Commercial General Liability Insurance.

The insurance company is <u>Navigators Insurance Company/All Spectrum Insurance Brokers</u> You may call the insurance company at <u>408-739-8300</u> to verify coverage.

For more information about Commercial General Liability Insurance, contact the Contractors State License Board at <u>www.cslb.ca.gov</u> or call 800-321-CSLB (2752).

**CONTRACTOR AGREEMENT**

<u>Checklist for Homeowners – Home Improvement</u>
Pursuant to California Business & Professions Code S7159.3 (SB 2029), home improvement contractors must provide this notice.

<u>Check Out Your Contractor</u>
Did you contact the Contractors State License Board (CSLB) to check the status of the contractor's license?
Contact the CSLB at 1-800-321-CSLB (2752) or visit our web site: www.cslb.ca.gov.

Did you get at least 3 local references from the contractors you are considering?
Did you call them?
Building Permits—will the contractor get a permit before the work starts?

<u>Check Out the Contract</u>
Did you read and do you understand your contract?

Does the 3-day right to cancel a contract apply to you?
Contact the CSLB if you don't know.

Does the contract tell you when work will start and end?

Does the contract include a detailed description of the work to be done, the material to be used, and equipment to be installed?
This description should include brand names, model numbers, quantities and colors. Specific descriptions now will prevent disputes later.

Are you required to pay a down payment?
If you are, the down payment should never be more than 10% of the contract price or $1,000, whichever is less.

Is there a schedule of payments?
If there is a schedule of payments, you should pay only as work is completed and not before. There are some exceptions—contact the CSLB to find out what they are.

Did your contractor give you a "Notice to Owner," a warning notice describing liens and ways to prevent them?
Even if you pay your contractor, a lien can be placed on your home by unpaid laborers, subcontractors, or material suppliers. A lien can result in you paying twice or, in some cases, losing your home in a foreclosure. Check the "Notice to Owner" for ways to protect yourself.

Did you know changes or additions to your contract must all be in writing?
Putting changes in writing reduces the possibility of a later dispute.

## CONTRACTOR AGREEMENT

### CALIFORNIA MECHANICS' LIEN LAW

#### NOTICE TO OWNER

UNDER THE CALIFORNIA MECHANICS' LIEN LAW, ANY CONTRACTOR, SUBCONTRACTOR, LABORER, SUPPLIER, OR OTHER PERSON OR ENTITY WHO HELPS TO IMPROVE YOUR PROPERTY, BUT IS NOT PAID FOR HIS OR HER WORK OR SUPPLIES, HAS A RIGHT TO PLACE A LIEN ON YOUR HOME, LAND, OR PROPERTY WHERE THE WORK WAS PERFORMED AND TO SUE YOU IN COURT TO OBTAIN PAYMENT.

THIS MEANS THAT AFTER A COURT HEARING, YOUR HOME, LAND, AND PROPERTY COULD BE SOLD BY A COURT OFFICER AND THE PROCEEDS OF THE SALE USED TO SATISFY WHAT YOU OWE. THIS CAN HAPPEN EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL IF THE CONTRACTOR'S SUBCONTRACTORS, LABORERS, OR SUPPLIERS REMAIN UNPAID.

TO PRESERVE THEIR RIGHTS TO FILE A CLAIM OR LIEN AGAINST YOUR PROPERTY, CERTAIN CLAIMANTS SUCH AS SUBCONTRACTORS OR MATERIAL SUPPLIERS ARE EACH REQUIRED TO PROVIDE YOU WITH A DOCUMENT CALLED A "PRELIMINARY NOTICE." CONTRACTORS AND LABORERS WHO CONTRACT WITH OWNERS DIRECTLY DO NOT HAVE TO PROVIDE SUCH NOTICE SINCE YOU ARE AWARE OF THEIR EXISTENCE AS AN OWNER. A PRELIMINARY NOTICE IS NOT A LIEN AGAINST YOUR PROPERTY. ITS PURPOSE IS TO NOTIFY YOU OF PERSONS OR ENTITIES THAT MAY HAVE A RIGHT TO FILE A LIEN AGAINST YOUR PROPERTY IF THEY ARE NOT PAID. IN ORDER TO PERFECT THEIR LIEN RIGHTS, A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR LABORER MUST FILE A MECHANICS' LIEN WITH THE COUNTY RECORDER WHICH THEN BECOMES A RECORDED LIEN AGAINST YOUR PROPERTY. GENERALLY, THE MAXIMUM TIME ALLOWED FOR FILING A MECHANICS' LIEN AGAINST YOUR PROPERTY IS 90 DAYS AFTER SUBSTANTIAL COMPLETION OF YOUR PROJECT.

#### TO INSURE EXTRA PROTECTION FOR YOURSELF AND YOUR PROPERTY, YOU MAY WISH TO TAKE ONE OR MORE OF THE FOLLOWING STEPS:

(1) REQUIRE THAT YOUR CONTRACTOR SUPPLY YOU WITH A PAYMENT AND PERFORMANCE BOND (NOT A LICENSE BOND), WHICH PROVIDES THAT THE BONDING COMPANY WILL EITHER COMPLETE THE PROJECT OR PAY DAMAGES UP TO THE AMOUNT OF THE BOND. THIS PAYMENT AND PERFORMANCE BOND AS WELL AS A COPY OF THE CONSTRUCTION CONTRACT SHOULD BE FILED WITH THE COUNTY RECORDER FOR YOUR FURTHER PROTECTION. THE PAYMENT AND PERFORMANCE BOND WILL USUALLY COST FROM 1 TO 5 PERCENT OF THE CONTRACT AMOUNT DEPENDING ON THE CONTRACTOR'S BONDING ABILITY. IF A CONTRACTOR CANNOT OBTAIN SUCH BONDING, IT MAY INDICATE HIS OR HER FINANCIAL INCAPACITY.

(2) REQUIRE THAT PAYMENTS BE MADE DIRECTLY TO SUBCONTRACTORS AND MATERIAL SUPPLIERS THROUGH A JOINT CONTROL. FUNDING SERVICES MAY BE AVAILABLE, FOR A FEE, IN YOUR AREA WHICH WILL ESTABLISH VOUCHER OR OTHER MEANS OF PAYMENT TO YOUR CONTRACTOR. THESE SERVICES MAY ALSO PROVIDE YOU WITH LIEN WAIVERS AND OTHER FORMS OF PROTECTION. ANY JOINT CONTROL AGREEMENT SHOULD INCLUDE THE ADDENDUM APPROVED BY THE REGISTRAR.

# CONTRACTOR AGREEMENT

(3) ISSUE JOINT CHECKS FOR PAYMENT, MADE OUT TO BOTH YOUR CONTRACTOR AND SUBCONTRACTORS OR MATERIAL SUPPLIERS INVOLVED IN THE PROJECT. THE JOINT CHECKS SHOULD BE MADE PAYABLE TO THE PERSONS OR ENTITIES WHICH SEND PRELIMINARY NOTICES TO YOU. THOSE PERSONS OR ENTITIES HAVE INDICATED THAT THEY MAY HAVE LIEN RIGHTS ON YOUR PROPERTY, THEREFORE YOU NEED TO PROTECT YOURSELF. THIS WILL HELP TO INSURE THAT ALL PERSONS DUE PAYMENT ARE ACTUALLY PAID.

(4) UPON MAKING PAYMENT ON ANY COMPLETED PHASE OF THE PROJECT, AND BEFORE MAKING ANY FURTHER PAYMENTS, REQUIRE YOUR CONTRACTOR TO PROVIDE YOU WITH UNCONDITIONAL "WAIVER AND RELEASE" FORMS SIGNED BY EACH MATERIAL SUPPLIER, SUBCONTRACTOR, AND LABORER INVOLVED IN THAT PORTION OF THE WORK FOR WHICH PAYMENT WAS MADE. THE STATUTORY LIEN RELEASES ARE SET FORTH IN EXACT LANGUAGE IN SECTION 3262 OF THE CIVIL CODE. MOST STATIONERY STORES WILL SELL THE "WAIVER AND RELEASE" FORMS IF YOUR CONTRACTOR DOES NOT HAVE THEM. THE MATERIAL SUPPLIERS, SUBCONTRACTORS, AND LABORERS THAT YOU OBTAIN RELEASES FROM ARE THOSE PERSONS OR ENTITIES WHO HAVE FILED PRELIMINARY NOTICES WITH YOU. IF YOU ARE NOT CERTAIN OF THE MATERIAL SUPPLIERS, SUBCONTRACTORS, AND LABORERS WORKING ON YOUR PROJECT, YOU MAY OBTAIN A LIST FROM YOUR CONTRACTOR. ON PROJECTS INVOLVING IMPROVEMENTS TO A SINGLE-FAMILY RESIDENCE OR A DUPLEX OWNED BY THE INDIVIDUALS, THE PERSONS SIGNING THESE RELEASES LOSE THE RIGHT TO FILE A MECHANICS' LIEN CLAIM AGAINST YOUR PROPERTY. IN OTHER TYPES OF CONSTRUCTION, THIS PROTECTION MAY STILL BE IMPORTANT, BUT MAY NOT BE AS COMPLETE.

TO PROTECT YOURSELF UNDER THIS OPTION, YOU MUST BE CERTAIN THAT ALL MATERIAL SUPPLIERS, SUBCONTRACTORS, AND LABORERS HAVE SIGNED THE "WAIVER AND RELEASE" FORM. IF A MECHANICS' LIEN HAS BEEN FILED AGAINST YOUR PROPERTY, IT CAN ONLY BE VOLUNTARILY RELEASED BY A RECORDED "RELEASE OF MECHANICS' LIEN" SIGNED BY THE PERSON OR ENTITY THAT FILED THE MECHANICS' LIEN AGAINST YOUR PROPERTY UNLESS THE LAWSUIT TO ENFORCE THE LIEN WAS NOT TIMELY FILED. YOU SHOULD NOT MAKE ANY FINAL PAYMENTS UNTIL ANY AND ALL SUCH LIENS ARE REMOVED. YOU SHOULD CONSULT AN ATTORNEY IF A LIEN IS FILED AGAINST YOUR PROPERTY.

(REV. 4/99)

120 N. Murphy Ave., Sunnyvale, CA 94086
(408) 736-3700 • (408) 583-4053 Fax
Website: www.halecreekconstruction.com • Contractor License #905738

# Proposal



Green Residence
1381 Arleen Ave
Sunnyvale, CA 94087

| Date | Estimate # |
|---|---|
| 6/10/2010 | 2010-48 |

| Description | Qty | U/M | Rate | Total |
|---|---|---|---|---|
| *** PHASE 1 - ASSESSMENT & CLEAN-UP *** | | | 0.00 | |
| WEEK 1 – Analysis and planning (Allowance) | 40 | | 95.00 | 3,800.00 |
| 1) Review prime contract, sub-contracts and compare to plans and work completed to date. | | | | |
| 2) Review status of city inspections. | | | | |
| 3) Contact all sub-contractors to discuss project, quality, and current status. Verify willingness to complete work to homeowner's satisfaction and sub's availability. | | | | |
| 4) Create and document detailed list of discrepancies and plan variations. | | | | |
| 5) Review project priorities with Jeff/Pamela and create a plan of action. | | | | |
| 6) Prepare documentation as requested by Jeff/Pamela to assist in resolving previous general contractor issues. | | | | |
| >> This work by Hale Creek to be completed at time/materials rates. Estimated labor shown is a budgetary figure. << | | | | |
| *** WEEK 1 - JOBSITE CLEANUP *** | | | | |
| Jobsite Cleanup: Remove all debris, packaging, construction materials (Interior & Exterior); SWEEP & VACUUM! (Laborer x 3) (Allowance) | 24 | | 55.00 | 1,320.00 |
| Debris Recycling - 30CY debris dumpster of std. construction debris (Allowance) | 2 | | 695.00 | 1,390.00 |
| Site Protection : As appropriate, protect all installed high-value materials and finishes to prevent further damage for duration of project. Usage of drop cloths, floor protection, dust partitions/zipper doors, and the like. (Allowance) | | | 1,850.00 | 1,850.00 |
| [OPTIONAL][RECOMMENDED] Install (1) Omni-Aire 1200 HEPA air scrubber for duration of project to reduce airborne dust and debris. Scrubbed air will be exhausted to exterior. | | | | |
| * Add $750 for (6) weeks use @ $125/week. Initial here:_____ to accept. | | | | |



120 N. Murphy Ave., Sunnyvale, CA 94086
(408) 736-3700 • (408) 583-4053 Fax
Website: www.halecreekconstruction.com • Contractor License #905738

# Proposal

| Name / Address | | Date | Estimate # |
|---|---|---|---|
| Green Residence<br>1381 Arleen Ave<br>Sunnyvale, CA 94087 | | 6/10/2010 | 2010-48 |

| Description | Qty | U/M | Rate | Total |
|---|---|---|---|---|
| Phase 2 – Project Supervision (Allowance) | 72 | | 95.00 | 6,840.00 |
| | | | | |
| Week 2 through Week 6 – Action plan and execution | | | | |
| 1) Create a plan to correct sub-standard issues based upon outcome of Phase 1 above. | | | | |
| 2) Expand job completion plan to include both originally planned details and any additional work requested by Jeff/Pamela. | | | | |
| 3) Prepare and manage financial budget and accounting for project completion. | | | | |
| 4) Initiate and complete work identified in Phases 1 using existing subs where appropriate, new subs where necessary, or Hale Creek's crew when appropriate. Execute and follow through on all sub-projects required to permit move in date of July 31, 2010 or earlier. | | | | |
| | | | | |
| >> Planning/project management work by Hale Creek to be completed at time/materials rates. Budgetary figure shown here is calculated (and estimated) as 6 wks x 12 hrs/week x $95/hr for Supervisor/Bryan Temmermand. This estimate is entered here as an 'allowance' though it's surely to change depending upon outcome of findings. << | | | | |
| | | | | |
| <<< SUB-TOTAL >>> | | | | 15,200.00 |
| | | | | |
| Contractor Markup: Profit/Overhead (20%) | | | 20.00% | 3,040.00 |
| Yelp Discount: 15% till 6/15/2010. Max $1,000. | | | -1,000.00 | -1,000.00 |
| Sales Tax | | | 9.25% | 0.00 |

Case: 11-54779   Doc# 10-3   Filed: 10/28/11   Entered: 10/28/11 15:33:36   Page 8 of 16

- If you provide a written request to withdraw 7 days prior to the start date, the city will refund the full amount. Once the camp begins we will not be unable to refund any portion of your fee. A full refund is granted if the program is canceled by the Morgan Hill Recreation Department. A $17 fee will be charged on all returned checks. Special cases will need to be discussed with the Camp Specialist.
- NO refunds or substitutions for missed days due to illness or other reasons.
- NO refunds if your child is suspended or expelled from the program.
- NO refunds for any participants who dropped out of the program for any reason or circumstance.

Our Recreation Leaders and off-site Supervisors are readily available to discuss questions or concerns with you. We ask that you first talk with the Camp Specialist at your child's program location. If additional clarification is needed, the Recreation Leaders can refer you to their off-site Recreation Coordinator. Communication with you is the key to our ability to meet your child's needs and provide an outstanding summer program. _We always encourage parents to share with us any feedback they have about the camps. Please let us know what's going well and what we could improve on. Please make sure to submit the Cool Kids Evaluation Form to the camp counselors at the end of each camp week._ All personal information shared with Camp personnel will be kept confidential. We look forward to a great summer with you and your child!

Sincerely,

Chiquy Mejia  
Recreation Coordinator  
408-782-2128 * 830

Abel Gutierrez  
Recreation Coordinator  
408-782-2128*806

Chris Ghione  
Recreation Manager  
408-782-2128*801

# EXHIBIT B

| Sub | Location | Description | Iss |
|---|---|---|---|
| binetry | Hall bathroom - 2nd Floor | Cabinetry installation not complete; doors not fit, not installed, no pull | Functior |
| pentry | Master Closet | Acccess door not complete, no trim | Functior |
| pentry | Pink Bedroom | Attic access door not installed; no trim | Building |
| pentry | Guest Bedroom | Bar Cabinet pulls not installed (6); door & drawers not aligned; shelves not installed | Functior |
| pentry | Hall - 1st floor | Bypass closet doors not installed | Functior |
| pentry | Dining Room | Cabinetry installation not complete; doors not fit, not installed, no pull | Functior |
| pentry | Hall laundry | Cabinetry installation not complete; doors not fit, not installed, no pull | Functior |
| pentry | Hall bathroom | Casing not complete | Functior |
| pentry | Top Landing | Closet casing not installed on inside | Appeara |
| pentry | Living Room | Crown molding incomplete | Appeara |
| pentry | Living Room | Crown not caulked/painted | Appeara |
| pentry | Master | Door install not finished | Appeara |
| pentry | Office/Bedroom 3 | Door swing is reversed. Weird. | Functior |
| pentry | Kitchen | doors and drawers need alignment. No pulls/knobs | Functior |
| pentry | EXTERIOR | Exterior lights installation poor; backer req'd on clapboard | Functior |
| pentry | Garage | Fire door installation not complet; hinge adjustment, door knobs | Appeara |
| pentry | Family Room | French doors installed poorly; reveals inconsistent | Building |
| pentry | Furnace | Incorrect door installed. | Functior |
| pentry | Guest Bathroom | Interior door handle not installed | Functior |
| pentry | Guest Bathroom | Interior door not installed | Functior |
| pentry | Kitchen | Many extra holes in bottom of kitchen cabinet @island sink | Functior |
| pentry | Pink Bedroom | No closet pole. | Functior |
| pentry | Guest Bedroom | No closet pole, cannot be built to plan. Attic acces in closet not shown; mas closet pole <2 | Functior |
| pentry | Entry Closet | No closet pole. | Functior |
| pentry | Guest Bedroom | No doorknobs installed | Functior |
| pentry | Entry Closet | No doorknobs installed | Functior |
| pentry | Master Closet | Poor cabinetry installation; reveals inconsistent | Functior |
| pentry | Master Closet | Pulls not installed | Appeara |
| pentry | Stairwell | Sapwood? Low quality veneer/installation. | Functior |
| pentry | Family Room | Set screws in door jam visible (not under weatherstrip) | Appeara |
| pentry | Pink Bedroom | Storage unit totally crap | Appeara |
| pentry | Guest Bedroom | Subfloor elevation different than adjoining hallway (1/2" +/-) | Functior |
| pentry | Guest Bedroom | Subfloor has humps/bumps | Functior |

| Category | Location | Issue | Type |
|---|---|---|---|
| rpentry | Office/Bedroom 3 | Subfloor sub-standard: holes, gaps, elevation | Function |
| rpentry | Top Landing | Trim Incomplete | |
| rpentry | Hall - 1st floor | Trim not complete: No baseboards | |
| rpentry | Half Bath | Trim not complete: No baseboards | Appears |
| rpentry | Guest Bedroom | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Appears |
| rpentry | Bedroom 4 | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Function |
| rpentry | Office/Bedroom 3 | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Function |
| rpentry | Entry Closet | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Function |
| rpentry | Furnace | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Function |
| rpentry | Bedroom 4 | Trim not installed | Function |
| rpentry | Hall - 1st floor | Underfloor access door not in place | Appears |
| rpentry | Hall - 1st floor | Utility door not installed | Appears |
| rpentry | Guest Bathroom | Utility door casing not installed | Function |
| rpentry | Guest Bathroom | Vanity Drain @wall cutout very rough, over-cut. No escucheon. | Appears |
| rpentry | Hall bathroom | Vanity drawer hits plumbing | Appears |
| rpentry | Master | Vanity drawer hits plumbing | Function |
| rwall | Furnace | Vanity knobs not installed | Function |
| rwall | Office/Bedroom 3 | Ceiling/wall drywall missing; no fire caulk | Function |
| rwall | Office/Bedroom 3 | Closet has cutouts from electrical patches | Building |
| rwall | Hall - 1st floor | Drywall mud needs to be scraped off sub-floor | Building |
| ctrical | Guest Bedroom | Utility room cutout for electrical patch/fix need patch | Function |
| ctrical | Kitchen | Bar GFCI will not reset/outlets not working | Building |
| ctrical | Office/Bedroom 3 | Circuits allowance/load calcs unknown. No labels in panel | Building |
| ctrical | Guest Bedroom | Closet light incandescent, standard switch | Building |
| ctrical | Bedroom 4 | Closet light not Installed | Building |
| ctrical | Yellow bedroom | Closet light not Installed | Function |
| ctrical | Pink Bedroom | Closet light not Installed | Function |
| ctrical | Top Landing | Closet low voltage incomplete | Function |
| ctrical | EXTERIOR | Cutouts in siding oversized for some lights; not caulked | Building |
| ctrical | EVERYWHERE | Only (2) AFCI circuits found. All bedrooms, bedroom lights, wired smoke detectors must be | Building |
| ctrical | EVERYWHERE | Circuits not labeled. Questionable whether sufficient circuits exist. | Building |
| ctrical | Hall bathroom | Dedicated circuit for bathroom - unknown | Building |
| ctrical | Garage | Dedicated circuit for laundry - unknown | Building |
| ctrical | Master | Dedicated circuits for floor heat? | Building |

| ctrical | Garage | Dedicated circuits not identified (unknown) | Building |
|---|---|---|---|
| ctrical | Furnace | Electrical shutoff has no cover plate. Mx cable not secured | Building |
| ctrical | Half Bath | Exhaust fan not located in correct location, installed behind trip | Building |
| ctrical | Family Room | Eyeball trim not installed @FP | Building |
| ctrical | Half Bath | GFCI/Dedicated circuit unknown | Building |
| ctrical | Half Bath | Light switch installed upside down/Std switch & incandescent bulb in closet | Building |
| ctrical | Furnace | Lighting does not work | Building |
| ctrical | Half Bath | Low voltage trim out not complete | Building |
| ctrical | Bedroom 4 | Low voltage trim out not complete | Building |
| ctrical | Office/Bedroom 3 | Low voltage trim out not complete | Building |
| ctrical | Family Room | Low voltage trim out not complete | Building |
| ctrical | Kitchen | Low voltage trim out not complete | Building |
| ctrical | Garage | Low voltage trim out not complete | Building |
| ctrical | Guest Bedroom | Low voltage trim out not complete | Building |
| ctrical | Hall - 1st floor | Low voltage trim out not complete | Building |
| ctrical | Guest Bedroom | Need validation of electrical load for bar. Need GFCI protected appliance outlets on one c | Function |
| ctrical | Kitchen | No small appliance outlets in Island | Building |
| ctrical | Master Closet | Not all lights work | Function |
| ctrical | Garage | Outlets and low voltage box @Kitchen wall not fire rated | Building |
| ctrical | Master | Outlets in medicine cab has no room for plugs. Wrong direction. | Building |
| ctrical | EXTERIOR | Outside lights do not meet T24 requirement. | Function |
| ctrical | Hall bathroom | Recessed light over shower missing shower rated trim | Building |
| ctrical | Kitchen | Recessed lighting not complete | Building |
| ctrical | Master | Shower recessed lights only 13watts/ea DARK, DARK, DARK | Building |
| ctrical | Master | Some recessed lighting not functional | Function |
| ctrical | Hall - 2nd Floor | Sub panel not labeled. Only one Arc-fault Bedrooms cannot be correctly wired. | Building |
| ctrical | Family Room | Surface Mount Fixture not Installed | Building |
| ctrical | Dining Room | Surface Mount Fixture not Installed | Building |
| ctrical | Stairwell | Surface Mount Fixture not Installed | Building |
| ctrical | Master Closet | Switch trim not installed | Building |
| ctrical | Kitchen | T24 Calculation not performed. 9 LEDs + 2 pendants will not calc. | Building |
| ctrical | Entry Closet | T-24 High efficacy luminaires, occupancy sensors, OR dimmers required. | Building |
| ctrical | Bedroom 4 | T-24 requires dimmer for recessed lighting | Building |
| ctrical | Family Room | T-24 requires dimmer for recessed lighting | Building |
| ctrical | Guest Bedroom | T-24 requires dimmer for recessed lighting | Building |

| Category | Location | Issue | Type |
|---|---|---|---|
| ctrical | Office/Bedroom 3 | T-24 requires dimmer for recessed lighting | Building |
| ctrical | Breakfast nook | T-24, requires dimmer for recessed lighting | Building |
| ctrical | Stairwell | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Entry | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Dining Room | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Hall - 2nd Floor | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | yellow bedroom | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | yellow bedroom closet | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Pink Bedroom | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Master Closet | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Master | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Hall bathroom | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building |
| ctrical | Half Bath | T-24 requires manual on occupancy for low efficacy lights | Building |
| ctrical | Hall bathroom - 2nd Floor | T24 requires manual on occupancy for low efficacy lights | Building |
| ctrical | Hall - 1st floor | T24 requires non-occupancy for surface mounted fixtures | Building |
| ctrical | Master | Utility room light fixture not working/incandescent fixture plus std switch installed | Building |
| ctrical | Garage | vanity lights not installed | Building |
| neral | EVERYWHERE | washer/dryer location not shown on plans | Building |
| neral | Pink Bedroom | Gas pressure test not completed | Building |
| neral | Guest Bedroom | Attic access door not accessible - shelving in the way | Building |
| neral | Garage | Attic access door not installed; no trim | Building |
| neral | Dining Room | Attic access not fire rated | Building |
| neral | Living Room | Cabinetry installation out of sequence, drywall & paint damaged | Building |
| neral | Master | Cabinetry l/r of fireplace not installed. | Appear |
| neral | Bedroom 4 | Cane bolt wrong finish on entry doors | Function |
| neral | Living Room | Carpet track still installed at wall perimeter. Needs to be demo'd | Function |
| neral | Hall laundry | Cased opening hit and corner bead damaged | Function |
| neral | EVERYWHERE | Door/casing not installed correctly | Appear |
| neral | Master | Drywall mud needs to be scraped off sub-floor | Function |
| neral | Guest Bathroom | Ergress window failed seals/window fogged | Function |
| neral | Guest Bedroom | Exterior door hardware finish incorrect (Satin Nickel) | Appear |
| neral | Guest Bathroom | Exterior door keys missing | Appear |
| neral | Guest Bedroom | Exterior door keys missing | Function |
| neral | Guest Bathroom | Exterior door weatherstip damaged | Function |
| neral | Guest Bedroom | Exterior door/jamb set screws exposed, not installed behind weatherstripping | Appear |

| | Room | Issue | Category |
|---|---|---|---|
| neral | Guest Bathroom | Exterior door jamb set screws exposed, not installed behind weatherstripping | Appeara |
| neral | Living Room | Fireplace depth looks out of scale for room | Appeara |
| neral | Top Landing | Flooring heavily scratched | Appeara |
| neral | Guest Bedroom | Fridge not installed | Appeara |
| neral | Entry | Front door finish damaged | Functior |
| neral | ALL ROOMS | HVAC duct full of trash/not covered | Appeara |
| neral | Office/Bedroom 3 | HVAC duct not insulated | Functior |
| neral | Guest Bathroom | Lath inspection not complete; 1/2" backer/mortar not visible | Building |
| neral | Hall bathroom - 2nd Floor | No backer/mortar bed on tile | Building |
| neral | Guest Bedroom | No landing/patio | Building |
| neral | Guest Bathroom | No landing/patio | Building |
| neral | Family Room | No landing/patio | Building |
| neral | Dining Room | Old wiring coming through floor | Building |
| neral | Guest Bathroom | Outlet not GFCI, not dedicated circuit; need to verify | Functior |
| neral | Guest Bathroom | Pan inspection not complete | Building |
| neral | Hall bathroom | Remodel not shown on plans | Building |
| neral | Hall bathroom | Rough electrical, rough plumbing, rough frame not inspected | Building |
| neral | Guest Bedroom | Scratches/ding in finished drywall/wall paint; doors leaning against walls | Building |
| neral | Guest Bathroom | Shower niche installed in exterior wall/insulation | Appeara |
| neral | Master | Stain on carpeting | Building |
| neral | EVERYWHERE | SUBFLOOR NOT LEVEL OR PREPPED FOR WOOD FLOORS | Appeara |
| neral | Living Room | Switch and outlet touching cased opening trim. Location incorrect | Functior |
| neral | Hall bathroom | Tile set upon drywall, no backerboard or lath | Appeara |
| neral | Guest Bedroom | Title 24 compliance stickers missing from installed windows | Building |
| neral | Dining Room | Trash under floor. | Building |
| neral | Stairwell | Treads are scratched | Appeara |
| neral | Master | Tub filthy. | Building |
| neral | Hall bathroom | Tub overflow damaged/missing | Appeara |
| neral | Office/Bedroom 3 | Underfloor access door not in place | Functior |
| neral | Bedroom 4 | Underfloor litter is excessive, cut/abandoned 14g wires visible at access | Building |
| neral | Guest Bathroom | Vanity drawer missing | Building |
| neral | Bedroom 4 | Walls dirty from HVAC install | Functior |
| neral | Living Room | Walls dirty from out of sequence installation/subcontractors | Appeara |
| neral | Family Room | Weather stripping is damaged at French doors | Functior |

| | | | |
|---|---|---|---|
| neral | Hall bathroom | Window over tub not tempered | Building |
| neral | EVERYWHERE | Top out inspection not completed | Building |
| neral | EVERYWHERE | Rough plumbing inspection not completed | Building |
| neral | EVERYWHERE | Additional remodeling completed without plan revision or inspections for any of additional | Building |
| neral | Family Room | Roof vent too close to master bedroom window | Building |
| Int | Gallery | Apron not prepped/finished. Drywall mud(?) visible | Appear |
| Int | Gallery | Banister not finished | Appear |
| Int | Stairwell | Banister not finished | Appear |
| Int | Master | Cabinetry @ entry has poor quality finish, stain on hinges | Appear |
| Int | Top Landing | Cabinetry finish poor quality/incomplete | Appear |
| Int | Dining Room | Cabinetry stain quality very low | Appear |
| Int | Hall bathroom | Casing not painted | Appear |
| Int | Dining Room | Ceiling needs repaint or second coat | Appear |
| Int | Pink and yell | Ceiling paint needs to be touched up | Appear |
| Int | Office/Bedroom 3 | Closet ceiling pain needs to be touched up | Appear |
| Int | Office/Bedroom 3 | Closet wall paint needs to be touched up | Appear |
| Int | Half Bath | Crown not caulked/painted | Appear |
| Int | Furnace | Door/trim not painted | Appear |
| Int | Master Closet | Granite has stains from cabinetry finish | Appear |
| Int | Master Closet | Lacquer overspray everywhere! Granite not msked, closet poles not masked, etc. | Appear |
| Int | Master Closet | Low quality/poor finish on cabinetry | Appear |
| Int | Guest Bedroom | Masing still installed on door trim | Appear |
| Int | EVERYWHERE | Overspray from cabinet finishing absolutely everywhere | Functio |
| Int | Bedroom 4 | Paint after closet door tracks installed. Raw wood visible @upper door jamb | Functio |
| Int | Hall bathroom | Paint cans left in tub, rust ring on acrylic | Appear |
| Int | Family Room | Paint not cut in @Fireplace stone | Appear |
| Int | Top Landing | Paint not cut in around window well | Appear |
| Int | Stairwell | Paint on bottom of skirt | Appear |
| Int | Guest Bedroom | Paint on upper cabinet different shade/color than crown molding | Appear |
| Int | Garage | Paint on weatherstripping of fire door | Appear |
| Int | Entry | Paint on windows | Appear |
| Int | Master Closet | Poor prep on crown prior to paint | Appear |
| Int | Guest Bedroom | Poor quality masking/cut-in on door plastic/rubber trim | Appear |
| Int | Hall bathroom - 2nd Floor | Poor quality masking/cut-in on door plastic/rubber trim | Appear |