| | | | |
|---|---|---|---|
| nt | Guest Bedroom | Prep and finish on doors poor quality; need repaint | Appeara |
| nt | Stairwell | Spinkler head caps not installed flush | Appeara |
| nt | Stairwell | Stain and clear coat low quality. | Appeara |
| nt | Hall laundry | Stain and clear coat low quality | Appeara |
| nt | Pink Bedroom | Storage Unit paint totally crap | Appeara |
| nt | Family Room | Touch up/patch required | Appeara |
| nt | Hall laundry | Unknown switch @ R wall | Appeara |
| nt | Hall - 1st floor | utility door/casing/baseboards not painted | Functior |
| nt | Hall - 1st floor | Utility room ceiling paint needs touchup after ceiling patch | Appeara |
| nt | Hall - 1st floor | Utility room wall paint needs touchup after ceiling patch | Appeara |
| nt | Master | Vanity fish totally sucks | Appeara |
| nt | Hall laundry | Wall Paint Quality Low, need retouching | Appeara |
| mbing | Guest Bathroom | Weather stripping has paint on it | Appeara |
| mbing | Furnace | 48" flex line to left furnace. Max length = 36" for flex line. | Appeara |
| mbing | Office/Bedroom 3 | Cleanout @ left wall | Building |
| mbing | Garage | First 5' of water lines to/from hot water heater not insulated | Appeara |
| mbing | Furnace | Gas line running to second story (right side) not strapped | Building |
| mbing | Furnace | Gas pipe fitting rusted/valve questionable | Building |
| mbing | Garage | Hot water heater gas supply line too small; 1" for runs>30' when appliance is 200 btu | Functior |
| mbing | EVERYWHERE | If lath not installed, rough valves will have been cut too short and valves, etc will need to | Building |
| mbing | Kitchen | Island loop vent incorrect: top 90 should be long sweep | Functior |
| mbing | Hall laundry | No drain for pan under washing machine | Building |
| mbing | Kitchen | No gas shut off in adjacent cabinetry | Building |
| mbing | Family Room | No gas shut off w/ting sight of appliance | Building |
| mbing | Hall laundry | No pan under washing machine | Building |
| mbing | Master | Tub not working | Building |
| mbing | Master | Tub valve not installed/missing parts | Functior |
| mbing | Half Bath | Vainty fixture not installed | Functior |
| mbing | Half Bath | Vanity not installed | Building |
| mbing | Garage | washer/dryer plumbing box not fire rated | Building |
| mbing | Kitchen | Water filter not installed | Building |
| mbing | Hall bathroom | Water pipes exposed in linen close(?) space | Building |
| mbing | Underfloor | 4" horizontal installed with mission bands; does not have sufficient drop | Functior |
| mbing | Underfloor | cleanout @ garage not installed per inspector | Building |

| clalty | Garage | Drywall installation not complete | Building |
|---|---|---|---|
| clalty | Living Room | Fireplace flue too close to open window | Building |
| clalty | Guest Bedroom | HVAC duct not insulated | Building |
| clalty | Bedroom 4 | HVAC duct not insulated | Building |
| clalty | Entry | HVAC duct not insulated | Building |
| clalty | Garage | Insulation inspection in garage walls not completed | Building |
| clalty | Kitchen | Kitchen hood too high | Building |
| clalty | Kitchen | No duct cover | Function |
| clalty | Living Room | Fireplace set without electrical connection; rough wiring supposedly in place. | Appeara |
| clalty | Stairwell | No pre-filter in return air registers | Building |
| clalty | Guest Bedroom | Poor drywall finish @ sprinkler heads | Function |
| clalty | Roof | Roof jack missing | Appeara |
| clalty | Roof | Roof jacks not installed correctly | Building |
| clalty | Guest Bathroom | Shower doors installed below tile/against substrate. | Building |
| clalty | Guest Bedroom | Spinkler head caps not installed flush | Function |
| clalty | Family Room | Spinkler head caps not installed flush | Appeara |
| clalty | Master Closet | Spinkler head caps not installed flush | Appeara |
| clalty | Bedroom 4 | Subfloor repair/HVAC duct moved | Appeara |
| clalty | Hall bathroom | Tile base rough cut/not bullnosed | Appeara |
| clalty | Half Bath | Tile base rough cut/not bullnosed/incomplete | Building |
| clalty | Hall bathroom - 2nd Floor | Wrong color filler on travertine countertop | Appeara |
| clalty | Hall bathroom - 2nd Floor | Shower niche installed in exterior wall/insulation | Building |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a citizen of the United states and employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my address is 8080 Santa Teresa Blvd., Suite #240; Gilroy, CA 95020.

AMENDED On October 28, 2011, I served the foregoing documents described as: **PLAINTIFFS JEFF GREEN AND PAMELA MILLS-GREEN'S PETITION FOR RELIEF FROM BANKRUPTCY STAY AND NOTICE OF HEARING**, to the party below:

| | |
|---|---|
| Audrey Barris<br>P. O. Box 573<br>Pebble Beach, CA 93953 | The Centerline Group, Inc.<br>P.O. Box 1300<br>Menlo Park, CA 94026 |
| Jon G. Brooks<br>Law Office of Jon G. Brooks<br>941 W. Hedding St.<br>San Jose, CA 95126 | |

__X__  By First-Class Mail: (1013 (a), 2025.5 C.C.P) I caused such envelope with first-class postage thereon fully prepaid to be deposited in a recognized place of deposit of the United States mail in Gilroy CA, for collection and mailing to the office of the addressee following ordinary business practices.

____  By Personal Service: A true copy of said documents was delivered to the party at the address set forth above.

____  By Facsimile: I caused such document to be faxed to the facsimile number (identified above) of the addressee.

____  By Overnight Courier: I caused such envelope to be placed in a sealed package designated by the US Postal Service and deposited same for overnight delivery, with delivery fees provided for, with instructions to hand deliver the documents to the office of the addressee on the next business day.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on October 28, 2011, at Gilroy, California.

_Irene Joven_
Irene Joven

-1-

PROOF OF SERVICE