Robert E. Rosenthal, Esq. (Bar# 67343)
Andrew B. Kreeft, Esq. (Bar# 126673)
Sergio H. Parra, Esq. (Bar# 247682)
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942-1111
Telephone: (831) 649-5551
Facsimile: (831) 649-0272

Attorneys for Movants
Noel and Andrea Carr

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: THE CENTERLINE GROUP, INC.<br><br>Debtor, | Case No: 11-54779 ASW<br><br>Chapter 7<br><br>**DECLARATION OF SERGIO H. PARRA** |

I, SERGIO H. PARRA, declare:

1. I am an Associate Attorney for the law firm representing the moving parties, Noel and Andrea Carr. This Declaration is based upon my percipient knowledge and my review of the pleadings of this case.

2. The Moving Parties filed a civil complaint in the Superior Court of Monterey County on October 23, 2009, entitled Carr v. Steve Mason et al., Superior Court Case No. M102022. The Complaint alleges claims of negligence, negligence per se, breach

of warranty, breach of written contract, and negligent misrepresentation against Debtor The Centerline Group Inc. among other defendants. Attached as Exhibit A is a true and correct copy of the Complaint filed on October 23, 2009.

3. This suit arises from work completed by The Centerline Group Inc. and others in a residential home project in Monterey, California. In particular, several construction defects to their home were discovered including defective window and door installation and design, concrete slab cracking, water intrusion, electrical defects, structural inadequacies and many other major defects.

4. Extensive discovery was completed in this suit. During discovery, it was confirmed that Debtor that it had an insurance carrier that may be responsible for any liability found on the Debtor's part to the movants, Noel and Andrea Carr. Attached as Exhibit B is a true and correct copy of the letter of defense by the carrier.

5. The trial was originally set for June 20, 2011. After more than one year and a half of litigation, Debtor The Centerline Group Inc. filed bankruptcy on May 19, 2011 and filed a Notice of Stay in the Superior Court of Monterey County on May 25, 2011.

6. The Superior Court of Monterey has ordered that moving parties show cause as to why The Centerline Group Inc. should be not be dismissed due to the bankruptcy stay. Pending this hearing currently set for December 2, 2011 in Superior Court of Monterey, moving parties have filed this motion seeking for relief from the stay as to the insurance proceeds of debtor.

7. Under these circumstances, it would be unjust to prevent the moving parties from continuing their lawsuit against the Debtor's policies. The moving parties should be permitted to continue their lawsuit against the Debtor on only those claims

exclusively covered by the insurance policies with any such recovery limited to any available insurance proceeds.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 1st day of December, 2011.

By: __/s/ Sergio H. Parra_____

Sergio H. Parra, Esq.