EXHIBIT B



# CENTURY INSURANCE
A SUBSIDIARY OF MEADOWBROOK INSURANCE GROUP

May 12, 2011

<u>VIA CERTIFIED and REGULAR MAIL</u>
91 7108 2133 3938 0962 8159

Chris Adamski
The Centerline Group, Inc.
P.O. Box 5837
Carmel, CA 93921

Re:  <u>Carr, et al. v. Steve Mason, et al.</u>
Insured:        The Centerline Group, Inc.
Policy No.:     CCP519479
Policy Period:  12-12-07 to 12-12-08
Policy Limits:  $2,000,000 Products-Completed Operations Aggregate Limit
Claim No.:      01-065344

Dear Mr. Adamski:

I am a claim representative for Century Insurance, a division of Meadowbrook Insurance Group, Inc., assigned to oversee this claim on behalf of Century Surety Company ("Century").

As you are aware, Century is currently defending Centerline in the <u>Carr</u> litigation. This is a direct action against Centerline by the Plaintiffs which alleges causes of action for Negligence, Negligence Per se, Breach of Warranty, Breach of Written Contract. You, Mr. Adamski, have been personally named as a defendant on a cause of action for Negligent Misrepresentation.

It is too early for us to determine whether there is any obligation to defend or indemnify you for this lawsuit. However, while we are investigating our obligation under our policy regarding this matter, we have assigned the defense of your interest in this lawsuit to the law firm of Van De Poel, Levy & Allen. Their telephone number is 925-934-6102. Their address is 1600 South Main Plaza, Suite 325, Walnut Creek, California 94596. They have assigned your defense to Rick Arneal, Esq. We have asked them to protect your interest up to your policy limits as stated above.

In investigating, defending, or taking any action with respect to this loss, or if we are to share in the defense with other carriers, we do so subject to the following Reservation of Rights to deny coverage to you and anyone claiming coverage under your policy for the reasons set forth below.

Commercial General Liability Coverage Form, CGL 0001 (11/07), and the following endorsements state in pertinent part:

---

Glenn D'Spain
Claims Representative II
GDSpain@centurysurety.com | 800-431-4921
Mailing Address: P.O. Box 163340 Columbus, Ohio 43216-3340
Physical Address: 23733 N. Scottsdale Rd., Suite 100, Scottsdale, AZ 85255
Phone: 888-651-6424   Fax: 614-895-7040   Website: www.centurysurety.com

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
1. **Insuring Agreement**
    a. We will pay those sums that the insured becomes legally obligated to pay as compensatory damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any "claim" or "suit" that may result. But:
        (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and
        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.
    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.
    b. This insurance applies to "bodily injury" and "property damage" only if:
        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
        (2) The "bodily injury" or "property damage" occurs during the policy period; and
        (3) The "bodily injury" or "property damage" within the "completed operations hazard" arises from "your work" completed or "your product" sold during the policy period.
        (4) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or "claim", knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.
    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or "claim", includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.
    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or "claim":
        (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;
        (2) Receives a written or verbal demand or "claim" for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

Whereas the Insuring Agreement grants coverage for specific types of damages, there are exclusions in the policy which limit the scope of coverage, such as:

2. **Exclusions**

   This insurance does not apply to:

   b. **Contractual Liability**

   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
   (1) That the insured would have in the absence of the contract or agreement; or
   (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:
       (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and
       (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

   j. **Damage To Property**

   "Property damage" to:
   \* \* \*
   (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or
   (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.
   \* \* \*
   Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

   k. **Damage To Your Product**

   "Property damage" to "your product" arising out of it or any part of it.

   l. **Damage To Your Work**

   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

   m. **Damage To Impaired Property Or Property Not Physically Injured**

   "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

    (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    (2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of property, other than the impaired property or the property not visibly injured, arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

### n. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    (1) "Your product";

    (2) "Your work"; or

    (3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### w. Criminal Or Fraudulent Act Or Omission

    (1) "Bodily injury" or "property damage" arising out of or resulting from a criminal or fraudulent act or omission committed by any insured, including any additional insured or

    (2) "Bodily injury" or "property damage" arising out of or resulting from a criminal or fraudulent act or omission at the direction of any insured, including any additional insured.

### x. Punitive, Exemplary Or Treble Damages or Multipliers of Damages or Attorney's Fees

"Claims" or demands for payment of punitive, exemplary or treble damages whether arising from the acts of any insured or by anyone else for whom or which any insured or additional insured is legally liable; including any multiplier of damages or attorney's fees statutorily awarded to the prevailing party.

### z. Professional Liability

"Bodily injury" or "property damage" which would not have occurred in whole or part but for the rendering or failure to render any of the following professional services by or for you:

    (1) The preparing, approving, or failing to prepare or approve maps, plans, drawings, opinions, reports, surveys, soil reports, change orders, designs or specifications.

    (2) Failing to adequately follow the recommendations in soil engineering reports or failing to obtain soil engineering reports.

    (3) Inspection, construction management, or engineering services.

    (4) Sale of real estate by real estate agents or brokers.

### aa. Subsidence

"Bodily injury" or "property damage" under the "products-completed operations hazard" which would not have occurred in whole or part but for the "subsidence of land", including "subsidence of land" caused in whole or in part by the operations of any insured or any subcontractor(s).

### ii. Construction Management or Consulting

"Bodily injury" or "property damage" arising out of, or resulting from, your acting as a construction manager or construction consultant.

For the purposes of this exclusion construction management or consulting means those operations undertaken to manage or consult on construction activities or plans where the insured does not perform the actual construction activities on which they are consulting.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

Please also refer to Section V of your policy for the following definitions.

### SECTION V – DEFINITIONS

4. "Claim" means a demand against any insured seeking a remedy and alleging liability or responsibility on the part of any insured for compensatory damages.

9. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:
   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or
   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

10. "Insured contract" means:
    a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";
    b. A sidetrack agreement;
    c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;
    d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
    e. An elevator maintenance agreement;

14. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

17. "Products-completed operations hazard":
    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:
        (1) Products that are still in your physical possession; or
        (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:
            (a) When all of the work called for in your contract has been completed.
            (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
            (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.
        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.
    b. Does not include "bodily injury" or "property damage" arising out of:
        (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;
        (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or
        (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

    (Note: No coverage is provided by this policy for "bodily injury" or "property damage" within the "products-completed operations hazard" unless it arises from "your work" completed or "your product" sold during the policy period.)

18. "Property damage" means:
    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

    For the purposes of this insurance, electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

    For the purposes of this insurance, "property damage" is not physical injury to tangible property, any resultant loss of use of tangible property, nor loss of use of tangible property that is not physically injured that arises out of failure to complete or abandonment of "your work".

23. "Your product":
    a. Means:
        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
            (a) You;

    (b) Others trading under your name; or

    (c) A person or organization whose business or assets you have acquired; and

   (2) Any goods or products, including buildings or structures, that are not "your work" that are incorporated into or become part of real property; and

   (3) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  b. Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   (2) The providing of or failure to provide warnings or instructions.

  c. Does not include vending machines or other property rented to or located for the use of others but not sold.

24. "Your work":

  a. Means:

   (1) Work or operations performed by you or on your behalf; and

   (2) Materials, parts or equipment furnished in connection with such work or operations.

  b. Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

   (2) The providing of or failure to provide warnings or instructions, and

   (3) Any work product that is incorporated into or becomes part of any structure or building, whether real property or not, that is not "your product".

In addition to the previously cited exclusions, your policy is also endorsed with form CGL1824 (11/07) which states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INDEPENDENT CONTRACTORS
EXCLUSION AND CONDITIONS OF COVERAGE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that this insurance does not apply to "bodily injury" or "property damage" arising out of:

1. the acts or omission of independent contractors while working on behalf of any insured, or

2. the negligent:

  (a) hiring or contracting;

  (b) investigation;

  (c) supervision;

  (d) training;

  (e) retention;

of any independent contractor for whom any insured is or ever was legally responsible and whose acts or omissions would be excluded by 1. above unless:

1. The Insured obtains certificates of insurance with limits of liability equal to or greater than those provided by this policy from all subcontractors prior to commencement of any work performed for the insured; and
2. the Insured is named as additional insured on all subcontractors general liability policies; and
3. the Insured confirms that the subcontractors' insurance policies are valid and have not been cancelled prior to commencement of any work by the subcontractors performed for the insured; and
4. the insured obtains hold harmless agreements from subcontractors indemnifying against all losses from the work performed for the insured by any and all subcontractors.

Please note pursuant to the CGL1824, there is no coverage for work performed by independent contractors unless they provided Certificates of Insurance, named you as an Additional Insured on their policies, and entered into hold harmless agreements with your company. To the extent that you used independent contractors, Century respectfully requests that you provide us with proof of the satisfaction of these requirements.

According to the foregoing, we are only obligated to pay up to the policy limits for those damages for which you are legally obligated to pay occurring within the period of time covered by your policy for which this insurance applies. Excluded from your coverage are losses and expenses arising out of "property damage" to your product, your work, impaired property, and your work if withdrawn from service or use; all of which are herein described and defined.

By way of further explanation, claims made for poor workmanship or damage to your work or work product, or to re-do your work, would not be covered. Only resulting damage caused by negligent workmanship, <u>which occurs during the policy period, is covered, if not otherwise excluded</u>.

You will also note from the definition of an "occurrence" as defined in Paragraph 14 of Definitions, that fraud, deceit, misrepresentation and breach of contract *ex contractu* are not covered under the definition of an "occurrence". Additionally, intentional acts, crimes, fines and penalties are likewise not "occurrences".

In regard to coverage for you Mr. Adamski for the sole count which names you personally, Century would like to point out Section II of the policy, which states in part:

### SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:
   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.
   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

The Century policy was written to cover The Centerline Group. According to paragraph 1.(d.), the policy covers the officers and directors of Centerline but only for activities and actions on behalf of the corporation. As previously noted, you Mr. Adamski have been personally named as a defendant. In the complaint, plaintiffs allege, "Defendant Adamski purportedly signed the contract as agent for Mason," referring to the prime contract dated 08/31/07. Pursuant to the quoted section of **Section II**, there is no coverage under the Centerline policy for damages associated with actions on behalf of Steve Mason Concrete Construction. These actions are outside the scope of the coverage extended as an officer or director of Centerline.

While there is an allegation that there are construction defects, some of which may be a result of your work, there is no indication as to when these damages occurred, or whether they are progressive or continuous in nature. Furthermore, neither is there any indication of the extent or type of damages claimed as a result of your work.

While there are allegations of the types of "property damages" covered, if there has not been an "occurrence" as defined by the policy, please be advised that Century Surety Company reserves its right to disclaim coverage and withdraw from the defense of this matter should it be found that there is no resultant or consequential damages arising out of your work at this project that occurred during our policy period.

Finally, we remind you of your duties under the terms and conditions of the policy and request that you cooperate with us throughout this investigation. Please refer to Page 11, Section IV which states in pertinent part:

    **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**
    2. **Duties In The Event Of Occurrence, Offense, "claim" Or Suit**
        a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a "claim". To the extent possible, notice should include:
           (1) How, when and where the "occurrence" or offense took place;
           (2) The names and addresses of any injured persons and witnesses; and
           (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.
        b. If a "claim" is made or "suit" is brought against any insured, you must:
           (1) Immediately record the specifics of the "claim" or "suit" and the date received; and
           (2) Notify us as soon as practicable.
        You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.
        c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

There may be other reasons why coverage does not apply. We do not waive our right to disclaim coverage for any other valid reason which may arise.

Accordingly, we will provide an investigation and defense for you in this suit until you are notified otherwise. We are not waiving any of our other rights, including those to recover investigation/defense or indemnity costs should it later be determined there is no coverage for part or all of this loss, even if we choose to make any indemnity payments for damage that is not covered in order to settle the case. Furthermore, we reserve our rights to withdraw from the defense and recover loss and expense payments should it be determined there is no coverage for this loss.

Your policy also contains form CGL1823 (11/07) which states:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SELF-INSURED RETENTION ENDORSEMENT**
**LOSS ADJUSTMENT EXPENSE INCLUDED IN RETENTION**

This endorsement modifies insurance provided under the following:

CONTRACTORS COMMERCIAL GENERAL LIABILITY COVERAGE PART

The insurance provided by this policy is subject to the following additional provisions:

1. Our Limit of Liability (as stated in the policy) will apply in excess of the Self-Insured Retention (as stated in this endorsement) and you agree not to reinsure the retained limit without our knowledge and written permission. Our obligation under the policy applies only after the insured has paid the full amount of the Self-Insured Retention.

    The full amount of the Self-Insured Retention must be paid by you and not funded or paid by any other insurance. You understand and agree that this provision is to provide you with a personal interest in and share of any "Claim" under this policy, and to provide incentive to you to avoid unnecessary or avoidable use of the policy.

Self-Insured Retention:

$ __$5,000__ Each "Claim":

$ _____ "Policy Term Aggregate"

Case: 11-54779   Doc# 13-4   Filed: 12/01/11   Entered: 12/01/11 17:00:20   Page 11 of 14

> The Each "Claim" Self-Insured Retention limit shown above will be reduced by any "Loss Adjustment Expense" you incur.
>
> "Policy Term Aggregate" as used in this endorsement means the most you will pay for the sum total of all loss and "Loss Adjustment Expense" payments under this policy within the Each "Claim" Self-Insured Retention amount.

2. Whenever used in this policy, "Loss Adjustment Expense" means claim expenditures including, but not limited to, experts, adjustment services, legal services, defense costs, court costs and other costs incurred in the adjustment of the loss.

   "Loss Adjustment Expense" does not include the administrative costs or fees of any Administrator hired, retained or appointed by you for the purpose of providing claims services or investigation of "claims" under your Self-Insured Retention, nor does it include any of the cost or expense of you or your employees for time or resources spent or used on matters relating to any loss. These administrative costs or fees and the cost and expense incurred by you or your employees are your sole responsibility.

3. You have the obligation to provide adequate defense and investigation of any claim. We have the right, but no obligation, in all cases, at our own expense, to assume charge of the defense and/or settlement of any "claims", and, upon our written request, you must tender such portion of the Self-Insured Retention as we may deem necessary to complete the defense or settlement of such "claim".

4. You will notify us of any offer of settlement or opportunity to settle any "Claim" or portion of a "Claim" within the Self-Insured Retention and will accept any offer of settlement within the Self-Insured Retention and deemed reasonable by us. We will not pay any loss, cost or expense above what we would have paid had the loss been settled for any reasonable offer within the Self-Insured Retention.

5. This policy will not drop down to assume or satisfy your obligation under the Self-Insured Retention.

6. The policy condition contained in **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, paragraph 2, Duties In The Event Of Occurrence, Offense, "Claim" Or Suit, subparagraph d. is deleted and entirely replaced by the following:**

   d. No insured will, except at that insured's own cost or within the Self-Insured Retention it pays, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.
   On any claim handled, negotiated, settled or resolved within the Self-Insured Retention, you will do nothing to impair or prejudice our rights or obligations under this policy and will provide us with copies of any settlement agreement or release obtained.

Pursuant to Paragraph 3 of the CGL1823, Century is requesting that you tender to us the $5,000 of your Self-Insured Retention. Please contact Century's recovery unit at 866-686-8592 to confirm payment arrangements.

You may wish to have your personal attorney represent you at your own expense for those items that may not be covered under your policy for any defense or indemnity, including any amounts prayed for above your policy limits. Additionally, you may want to have your personal attorney become associated with defense counsel provided by us or your other carriers. It is further necessary to point out to you that your policy does not respond to damages for punitive or exemplary damages, should any be prayed for or awarded. The cost of any legal services rendered by your personal attorney would be at your own expense. Additionally, Century Surety Company reserves the right to seek reimbursement of any attorney fees, loss and loss expense costs incurred in the defense of any counts of any suit that are clearly not covered by our policy of insurance, should we be obligated for any defense or indemnity in defending any litigation of this matter.

Our reservation of rights includes the right (1) to recover from any insured(s) and/or any other additional insurer(s) or any other parties, any payments made by Century Surety including without limitation payments for indemnity, defense costs and expenses, attorneys fees and costs of suit and (2) to seek reimbursement of defense fees and costs paid to defend allegations, claims and/or causes of action which are not covered or concerning which no defense is required.

This letter is not a denial of coverage. The purpose of this letter is to alert you to facts that might impact coverage and/or important policy provisions and issues of which you should be aware. As we investigate this loss, we will keep you advised of significant events and/or resolution of coverage or other issues. If you are aware of any facts which may not be known by Century Surety Company or are contrary to those presented herein please advise us immediately. We also request you advise us regarding all new information or additional facts that come to your attention at any time concerning claims that are related to this correspondence.

Your policy requires full cooperation with us in investigating, defending, denying, coordinating your defense with your other carriers, or settling this claim. Please do not discuss this case with anyone except the insurance company representative, the adjusting company representative, or defense counsel (or those of your other carriers) unless first checking with the undersigned.

Nothing herein constitutes, nor should it be construed by you as a waiver of any of the rights or defenses of the Century Surety Company under its policy of insurance, nor is it the purpose of this letter to waive any of the policy terms and/or conditions which are specifically reserved.

Should you have any questions regarding this correspondence, please contact this office at the toll free number 602-445-5903 or 800-431-4921.

Sincerely,

CENTURY INSURANCE

Glenn D'Spain
Claims Representative II

Chris Adamski
The Centerline Group, Inc.
May 12, 2011
Page 13 of 13

GD/mk

cc: Rick Arneal
Van de Poel Levy & Allen
1600 S. Main Plaza Ste 325
Walnut Creek CA 94596

Community Association Insurance
5045 Robert J. Matthews Pkwy, Suite 100
El Dorado Hills, CA 95762

AmWins Insurance Brokerage of CA., LLC
Via email jazmine.granberry@amwins.com

---

**WARNING**
**(California)**

"For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

Revised 12/2009

---