

Entered on Docket
February 06, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**SO ORDERED.**
**Signed February 6, 2012**

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Robert E. Rosenthal, Esq. (Bar# 67849)
Andrew B. Kreeft, Esq. (Bar# 128370)
Sergio H. Parra, Esq. (Bar# 247682)
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942-1111
Telephone:  (831) 649-5551
Facsimile:    (831) 649-0272

Attorneys for Movants
Noel and Andrea Carr

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: THE CENTERLINE GROUP, INC.<br><br>Debtor,<br>_____ | Case No:  11-54779 ASW<br><br>Chapter 7<br><br>ABK-001<br><br>**ORDER GRANTING RELIEF FROM BANKRUPTCY STAY AS TO INSURANCE PROCEEDS** |

Moving parties, NOEL AND ANDREA CARR, brought a motion for relief from the stay in order to continue its construction defect lawsuit in Monterey County Superior Court Case No.  M102022. Hearing of said matter is presently set for February 6, 2012 in courtroom 3020 of the above-entitled Court, located at 280 South First Street, San Jose, California.

In the interests of judicial economy, the debtor, THE CENTERLINE GROUP, INC. and moving parties NOEL AND ANDREA CARR have stipulated and agreed as follows:

_____1_____

1. The stay under Title 11, United States Code, Section 362 is vacated with regard to moving parties NOEL AND ANDREA CARR, so that moving parties may continue their lawsuit, Monterey County Superior Court Case No. M102022, against the debtor THE CENTERLINE GROUP, INC.'s insurance policies with any recovery limited to any such insurance proceeds. This includes, but not limited to, the filing and service of any pleading, amendments of pleadings, participating in discovery, participating in motions, mediation and trial, and participating in all appropriate appeals in order only to permit the moving parties to recover insurance proceeds under any insurance policy or policies applicable in any way to the issues and claims raised in the complaint

2. The order is binding on all parties and their heirs, successors, assigns, including the trustee in the above-entitled case and any subsequent assignee or transferee of the debtor.

3. That the order be effective with regard to any subsequent filings on the part of debtor THE CENTERLINE GROUP, INC. under the Bankruptcy Code.

4. That The Motion for Relief From Stay hearing presently set for February 6, 2012 is vacated.

**END OF ORDER**

_____2_____

| | |
|---|---|
| 1 | |
| 2 | COURT SERVICE LIST |
| 3 | |

Audrey Barris
2130 Fillmore St. #322
San Francisco, CA 94115
(415) 875-9228
ajb@barristrustee.com
 (Trustee)

Centerline Group, Inc. The
P. O. Box 1300
Menlo Park, CA 94026
(Debtor)

Jon G. Brooks Law Offices of
941 W Hedding St.
San Jose, CA 95126
(408)286-2766
jon@brooksattorney.com
(Attorney representing Debtor)

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
USTPRegion17.SJ.ECF@usdoj.gov
 (U.S. Trustee)

_____3_____